

# United States District COURT FOR THE DISTRICT OF COLUMBIA

**Bobby Hayes**
**1406 Kingsgate ST**
**Bowie, Maryland 20721**

Case: 1:08-cv-00868
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/20/2008
Description: Employ. Discrim.

**VS**

**THE DEPARTMENT OF YOUTH REHABILATATION SERVICES**
450 H St NW WAshington DC
20001

## COMPLAINT

**The plaintiff file a discrimination of gender complaint October 13, 2006 with EEOC. On June 29, 2007 the plaintiff was placed on administration with pay. On July 9, 2007 the plaintiff received a letter from the director stating**

RECEIVED
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

removal and terminated from his position. January 23, 2008 EEOC finding based on their investigation unable to conclude that the information obtained establish violation of statues. The case currently in The Employee Appeal Court. The Plaintiff was covered under protected Activity when terminated by Youth Rehabilitation Services. EEOC contend the plaintiff can file a lawsuit against The Department OFYouth Rehabilitation within 90 days under Federal Law based on the charge. Relief plaintiff seeking from this court 150,000 dollars in punitive damages,150,000 in compensatory and one salary of 50,000

Bobby Hayes
1406 Kingsgate
Bowie Maryland 20721

THE DISTRICT OF COLUMBIA

BEFORE

THE OFFICE OF EMPLOYEE APPEALS

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| BOBBY HAYES, ) | |
|     Employee ) | OEA Matter No. 1601-0108-07 |
| ) | |
| v. ) | Date of Issuance: February 27, 2008 |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| DEPARTMENT OF YOUTH ) | |
| REHABILITAION SERVICES, ) | |
|     Agency ) | ERIC T. ROBINSON, Esq. |
| ) | Administrative Judge |

## ORDER

The parties are hereby notified that the transcript of the Evidentiary Hearing in the above captioned matter is available for immediate distribution. As I told the parties at the conclusion of the Evidentiary Hearing, each party must physically pick up their respective copy of the transcript from the Office of Employee Appeals, which is located at 717 14th Street, Northwest, 3rd Floor, Washington D.C. 20005 during this Office's normal business hours. The parties are hereby advised that the "cost" of procuring their respective copy of the transcript is one (1) ream of letter size copier paper.

Additionally, the parties are hereby ORDERED to submit their written closing arguments by **April 8, 2009**. The closing arguments shall include proposed findings of facts and proposed conclusions of law.

If there are any questions, call me as soon as possible at (202) 727-1469.

ERIC T. ROBINSON, Esq.
Administrative Judge

cc:
Kathleen K. Laskey-Donovan, Esq., Employee Representative
Gail Elkins, Esq., Agency Representative

08 0868
FILED
MAY 20 2008
Clerk, U.S. District and Bankruptcy Courts

**CERTIFICATE OF SERVICE**

I certify that the attached **ORDER** was sent by regular mail this day to:

Bobby Hayes
1406 Kingsgate St.
Bowie, MD 20721

Kathleen K. Laskey-Dononvan, Esq.
DC Employment Justice Center
727 15th St., NW
2nd Floor
Washington, DC 20005

Gail Elkins
Office of the Attorney General
441 4th St, NW
Suite 1060N
Washington, DC 20001

Katrina Hill
Clerk

February 27, 2008
Date

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Employment Services



Date: __3-10-08__

NAME: __Bobby R. Hayes__

SSN: __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__

To Whom It May Concern:

At the request of the individual named above, the following information is provided with regard to current eligibility for unemployment insurance benefits paid by the District of Columbia.

_____    Individual is not monetarily eligible for unemployment compensation benefits at this time.

_____    Individual has been disqualified from receiving unemployment compensation benefits, from _____ through _____

__X__    Individual is eligible for unemployment compensation benefits, with a weekly benefit amount of $ WBA __359.00__. The remaining balance on this claim is $__0__.
First paid for the week ending date __8-6-07__
Last paid for the week ending date __2-4-08__,
with check dated __543 6696__.

__X__    Individual's claim is exhausted as of, __2-4-08__. The last paid week ending date was __2-4-08__.

__X__    Individual qualify for future benefits, yes_____ no __X__ if yes explain below

_____

_____

Dept. of Employment Services
One – Stop Career Center
2626 Naylor Road, S.E.
Washington, D.C. 20020

_____Wanda Short_____
SIGNATURE

TELEPHONE NUMBER: __202 645-3413__

609 H Street, N.E. • Washington, D.C. 20002 • (202) 724-7000 • TDD (202) 546-8476

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

H 08-868 ESH

**I (a) PLAINTIFFS**

Bobby Hayes

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se NY

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

The Department of Youth Rehabilitation Svcs.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00868
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/20/2008
Description: Employ. Discrim.

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENS** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)** OR **☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Immigration
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

③

MPD, D.C. Atty. Gen. + DFT.

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 5.20.08   SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd