IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY HAYES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF YOUTH )<br>REHABILITATION SERVICES )<br>)<br>Defendant. )<br>_____ ) | Civil No. 08-868 (ESH) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendant District of Columbia Department of Youth Rehabilitation Services, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves this Court to enlarge the time by which it must answer or otherwise respond to the plaintiff's complaint by an additional forty (40) days. A memorandum of points and authorities in support of this motion to enlarge is attached hereto.

Undersigned counsel was unable to consult with *pro se* plaintiff to seek his consent to this motion because his telephone number was not provided on the complaint. In addition, undersigned counsel was unable to locate plaintiff's telephone number through an internet telephone directory.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29rd day of July, 2008, a copy of the foregoing Motion to Enlarge and its supporting Memorandum of Law and Proposed Order were mailed postage prepaid to:

Bobby Hayes
1406 Kingsgate ST
Bowie, MD  20721
*Pro Se Plaintiff*

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 08-868 (ESH) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| DEPARTMENT OF YOUTH ) | |
| REHABILITATION SERVICES ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the defendant District of Columbia Department of Youth Rehabilitation Services (hereinafter the "Department") an additional forty (40) days to file a response to the plaintiff's complaint. This motion is made for good cause as set forth below:

1. The plaintiff filed suit on May 20, 2008, alleging that the Department discriminated against him on the basis of gender.

2. The Department was served this complaint on July 11, 2008. A responsive pleading therefore is due on or before July 31, 2008.

3. The requested extension is justified because the Department will have to conduct a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading.

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other

enumerated rules. An extension of forty (40) days to file a response would require a filing on or before September 9, 2008.

     5.    This is the Department's first request for an extension.

WHEREFORE, for the reasons stated herein, the Department requests that this Court enlarge the time to file a responsive pleading by forty (40) days, up to and including September 9, 2008.

                  Respectfully submitted,

                  PETER J. NICKLES
                  Acting Attorney General for the District of Columbia

                  GEORGE C. VALENTINE
                  Deputy Attorney General
                  Civil Litigation Division

                  /s/ Kimberly M. Johnson
                  KIMBERLY MATTHEWS JOHNSON [#435163]
                  Section Chief
                  General Litigation Section I

                  /s/ Lucy Pittman
                  LUCY PITTMAN [#483416]
                  Assistant Attorney General
                  441 4th Street, N.W.
                  6th Floor South
                  Washington, D.C. 20001
                  (202) 442-9891 (phone)
                  (202) 727-3625 (fax)
                  lucy.pittman@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-868 (ESH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| DEPARTMENT OF YOUTH | ) |
| REHABILITATION SERVICES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion to Enlarge Time to File a Response to the Plaintiff's Complaint, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____ 2008, hereby,

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that the Defendant's responsive pleading is due on or before September 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Lucy Pittman
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
lucy.pittman@dc.gov
*Counsel for Defendant*

2

Bobby Hayes
1406 Kingsgate Street
Bowie, MD 20721
*Pro Se Plaintiff*